# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Larry McKithern
Camp D - Eagle - 3 DOC No. 120352
Louisiana State Prison
Angola LA 70712

**REHEARING ACTION: December 30, 2015**

**Docket Number: 15   00576-KH**

**STATE OF LOUISIANA**
**VERSUS**
**LARRY MCKITHERN**

**Writ Application from Calcasieu Parish Case No. 25391-09, 3678-11**

**BEFORE JUDGES:**

   **Hon. Elizabeth A. Pickett**
   **Hon. Shannon J. Gremillion**
   **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Larry McKithern** has this day been

   **DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent